IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AMENA WILLIAMS                                                                               PLAINTIFF

v.                            Cause No. 4:19-cv-04092

LINDSEY MANAGEMENT CO., et al                                                    DEFENDANTS

**ORDER**

Before the Court is Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and Motion for Service. ECF No. 2. The Court has reviewed the IFP application and finds it should be **GRANTED.**

The Court also **GRANTS** Plaintiff's Motion for Service.

This Court directs the U.S. Marshal to serve a copy of the Complaint filed on August 16, 2019 (ECF No. 1) and a copy of this order on Defendants by serving Defendants at the follow addresses:

The Links at Texarkana
333 Links Drive
Texarkana, AR 71854

Matthew Golden Law Firm PLC
723 Main
Texarkana, TX 75501

Lindsey Management Company
1200 East Joyce Boulevard
Fayetteville, AR 72703

without prepayment of fees and costs or security thereof. Defendant is ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

**IT IS SO ORDERED this 6th day of September 2019.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE