IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AMENA WILLIAMS                                                                                                        PLAINTIFF

v.                              Case No. 4:19-cv-4092

LINDSEY MANAGEMENT, *et al.*                                          DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed October 29, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Bryant recommends that the Motions to Dismiss filed by Defendants Matthew Golden, The Links of Texarkana, and Lindsey Management (ECF Nos. 6, 7, 8) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, the Motions to Dismiss filed by Defendants Matthew Golden, The Links of Texarkana, and Lindsey Management (ECF Nos. 6, 7, 8) are **GRANTED**. Plaintiff's case is **DISMISED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of November, 2019.

                                                      /s/ Susan O. Hickey
                                                      Susan O. Hickey
                                                      Chief United States District Judge